# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

HAYWARD HOPKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1560

_____

December 27, 2023

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Deborah A. Goins of Escobar, Michaels & Associates, P.A., Tampa, for Appellant.

PER CURIAM.

　　Affirmed.

CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.